IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01547-WYD-MJW

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

AURORA LOAN SERVICES, INC.,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Reopen Case Complaint Pursuant to Rule 60(b) and Petition for Order to Show Cause and Injunction Pursuant to Rule 7065 [# 6], filed October 13, 2006.  Plaintiff's motion appears to contain the identical arguments as his Complaint [#1], filed August 7, 2006.  On August 15, 2006, I issued an order dismissing this case without prejudice because Plaintiff did not have standing to pursue his claims.  Upon consideration of the motion and file in this matter, I find that Plaintiff has failed to present any new arguments.  Thus, Plaintiff's motion should be and hereby is **DENIED**.

    Dated: October 20, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge